JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JERRY SACKS, as the executor of the ESTATE of SYLVIA S. SACKS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CARE AMBULANCE SERVICE, Inc., a California corporation; and DOES 1 to 25, inclusive,<br><br>Defendants. | **CASE NO.: 8:18-cv-01274-DOC-KES**<br><br>**ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(a)(i) [18]** |

LAW OFFICES OF DAVID N. LAKE
16130 VENTURA BOULEVARD, SUITE 650
ENCINO, CALIFORNIA 91436
(818) 788-5100

Plaintiff, having submitted a request for dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Court hereby orders the above captioned action voluntary dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: October 15, 2018

*/s/ David O. Carter*
DAVID O. CARTER
U.S. District Judge